IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

MONROE R. PARKER, JR.,

     PLAINTIFF,

VS.                             CIVIL NO.: 1:10-CV-3350

JUDY RATICH, ANTHONY J. MEOLI,       [PROPOUNDING PARTY'S]

SARAH ROGERS(COURTYARD BY MARRIOTT),    INTERROGATORIES TO

AVALON VENTURES, LLC, AND PEGGY      TO [RESPONDING PARTY]

HAYMAN (HEAD OF HOUSEKEEPING),

     DEFENDANTS.

PROPOUNDING PARTY: MONROE R. PARKER, JR.

RESPONDING PARTY: **ANTHONY J. MEOLI**

SET NUMBER:25

Pursuant to FRCP 33, [propounding party] hereby requests the [responding party] to answer the following interrogatories fully and separately in writing and under oath within 30 days of service.

## DEFINITIONS

1. "You" and "your" refer to [responding party] and each of

    its affiliates, attorneys, accountants, divisions,

    subdivisions, predecessors, directors, officers, employees,

    agents,representatives and all persons acting or purporting

    to act on its behalf.

2. The backs of pages thereto, each non-identical copy is a

    separate document. " Document" shall also include

    electronic mail, tapes, disks, diskettes, data cells, tape